# UNITED STATES BANKRUPTCY COURT
# FOR THE EASTERN DISTRICT OF PENNSYLVANIA

In re:

        Chapter 13

        Bankruptcy No. 15-17243-ELF

MIGUEL A. VELEZ
JESSICA GARCIA
178 Moser Road

Pottstown, PA 19464-

    Debtor

## CERTIFICATE OF SERVICE

**AND NOW**, comes William C. Miller, Esquire, Chapter 13 standing trustee, and certifies that he served the attached Motion to Dismiss on the following parties as indicated below:

Debtor(s), at the address listed, by first class mail.

    MIGUEL A. VELEZ
    JESSICA GARCIA
    178 Moser Road

    Pottstown, PA 19464-

Counsel for debtor(s), by electronic notice only.

    JOSEPH L QUINN
    152 E HIGH ST
    SUITE 100
    POTTSTOWN, PA 19464-

                                    /S/ William C. Miller

Date: 3/23/2018                                            _____

                                                             William C. Miller, Esquire
                                                             Chapter 13 Standing Trustee