# UNITED STATES BANKRUPTCY COURT
# FOR THE EASTERN DISTRICT OF PENNSYLVANIA

In re:

                                 Chapter 13

                                 Bankruptcy No. 15-17243-ELF

     MIGUEL A. VELEZ
     JESSICA GARCIA
     178 Moser Road

     Pottstown, PA 19464-

          Debtor

## CERTIFICATE OF SERVICE

     **AND NOW**, comes William C. Miller, Esquire, Chapter 13 standing trustee, and certifies that he served the attached Motion to Dismiss on the following parties as indicated below:

   Debtor(s), at the address listed, by first class mail.

     MIGUEL A. VELEZ
     JESSICA GARCIA
     178 Moser Road

     Pottstown, PA 19464-

Counsel for debtor(s), by electronic notice only.

     JOSEPH L QUINN
     152 E HIGH ST
     SUITE 100
     POTTSTOWN, PA 19464-

                       /S/ William C. Miller

Date: 8/20/2018                 _____

                       William C. Miller, Esquire
                       Chapter 13 Standing Trustee