United States Bankruptcy Court
Eastern District of Pennsylvania

In re:                                                                 Case No. 15-17243-elf
Miguel A. Velez                                                        Chapter 13
Jessica Garcia
        Debtors

# CERTIFICATE OF NOTICE

District/off: 0313-2          User: Randi              Page 1 of 2              Date Rcvd: Dec 30, 2019
                              Form ID: 138NEW          Total Noticed: 39

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Jan 01, 2020.
```
db/jdb         +Miguel A. Velez,    Jessica Garcia,    178 Moser Road,    Pottstown, PA 19464-5079
13610617       +Carrie Brown, Esquire,    Portfolio Recovery Associates, LLC,    120 Corporate Blvd,
                 Norfolk, VA 23502-4952
13610619       +Citibank / Sears,    Citicard Credit Srvs/Centralized Bankrup,    Po Box 790040,
                 Saint Louis, MO 63179-0040
13610618       +Citibank / Sears,    Citicorp Credit Srvs/Centralized Bankrup,    Po Box 790040,
                 Saint Louis, MO 63179-0040
13610621        Debt Recovery Solutions, LLC,    PO Box 9001,    Westbury, NY 11590-9001
13610623       +Eos Cca,    Po Box 981008,    Boston, MA 02298-1008
13610625        Freedom Credit Union,    Arsenal Bus Center,    Philadelphia, PA 19137
13610626       +GC Services Limited Partnership,    6330 Gulton,    Houston, TX 77081-1198
13695681      #+Law Office of Stephen Ross, P.C.,     152 E. High Street, Suite 100,    Pottstown, PA 19464-5480
13610630        Pennsylvania Department of Labor & Indus,    Office of UC Tax Services,    651 Boas Street,
                 Harrisburg, PA 17121-0750
13610631        Physician Billing - PB CHOP - HH,    PO Box 8500-3752,    Philadelphia, PA 19178-3752
13610633       +Providencia Garcia,    1148 Spruce Street,    Reading, PA 19602-2063
13618881       +SunTrust Bank,    Attn: Support Services,    PO Box 85092,    Richmond, VA 23285-5092
13610635       +Suntrust Mortgage,    Attn:Bankruptcy Dept,    1001 Semmes Ave Va-Wmrk-7952,
                 Richmond, VA 23224-2245
13610638       +Tek Collect,    871 Park St,    Columbus, OH 43215-1441
```

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
```
smg             E-mail/Text: megan.harper@phila.gov Dec 31 2019 02:34:40     City of Philadelphia,
                 City of Philadelphia Law Dept.,    Tax Unit/Bankruptcy Dept,    1515 Arch Street 15th Floor,
                 Philadelphia, PA  19102-1595
smg             E-mail/Text: RVSVCBICNOTICE1@state.pa.us Dec 31 2019 02:34:19
                 Pennsylvania Department of Revenue,    Bankruptcy Division,    P.O. Box 280946,
                 Harrisburg, PA  17128-0946
smg            +E-mail/Text: usapae.bankruptcynotices@usdoj.gov Dec 31 2019 02:34:37     U.S. Attorney Office,
                 c/o Virginia Powel, Esq.,    Room 1250,    615 Chestnut Street,    Philadelphia, PA 19106-4404
cr             +E-mail/PDF: PRA_BK2_CASE_UPDATE@portfoliorecovery.com Dec 31 2019 02:36:13
                 PRA Receivables Management LLC,    Attn Dolores Garcia VP,    PO Box 41067,
                 Norfolk, VA 23541-1067
cr             +E-mail/Text: bncmail@w-legal.com Dec 31 2019 02:34:31     Synchrony,
                 c/o Weinstein & Riley, P.S.,    2001 Western Ave, Ste 400,    Seattle, WA 98121-3132
13647435        E-mail/PDF: EBN_AIS@AMERICANINFOSOURCE.COM Dec 31 2019 02:36:29
                 American InfoSource LP as agent for,    Verizon,    PO Box 248838,
                 Oklahoma City, OK  73124-8838
13669280       +E-mail/Text: BNC-ALLIANCE@QUANTUM3GROUP.COM Dec 31 2019 02:34:13     COMENITY CAPITAL BANK,
                 C O WEINSTEIN & RILEY, PS,    2001 WESTERN AVENUE, STE 400,    SEATTLE, WA 98121-3132
13610616        E-mail/Text: cms-bk@cms-collect.com Dec 31 2019 02:34:12     Capital Management Services, LP,
                 698 1/2 South Ogden Street,    Buffalo, NY 14206-2317
13610622       +E-mail/Text: bknotice@ercbpo.com Dec 31 2019 02:34:29     Enhanced Recovery Corp,
                 Attention: Client Services,    8014 Bayberry Rd,    Jacksonville, FL 32256-7412
13610624       +E-mail/Text: bankruptcy@fncbinc.com Dec 31 2019 02:34:05     First National Collect,
                 610 Waltham Way,    Sparks, NV 89437-6695
13668435       +E-mail/Text: ELDABBASM@FREEDOMCU.ORG Dec 31 2019 02:34:10     Freedom Credit Union,
                 626 Jacksonville Road/Suite 250,    Warminster, PA 18974-4862
13622556       +E-mail/Text: camanagement@mtb.com Dec 31 2019 02:34:13     Lakeview Loan Servicing, LLC,
                 C/O M&T BANK,    PO BOX 1288,    Buffalo, NY 14240-1288
13610627        E-mail/Text: camanagement@mtb.com Dec 31 2019 02:34:13     M & T Bank,    Attn: Bankruptcy,
                 1100 Wehrle Dr  2nd Floor,    Williamsville, NY 14221
13610628       +E-mail/Text: bankruptcy@matcotools.com Dec 31 2019 02:34:58     Matco Tools,    Attn: Carrie,
                 4403 Allen Rd,    Stow, OH 44224-1096
13610629        E-mail/Text: bankruptcydpt@mcmcg.com Dec 31 2019 02:34:27     Midland Credit Management, Inc.,
                 PO Box 60578,    Los Angeles, CA 90060-0578
13610632        E-mail/PDF: PRA_BK2_CASE_UPDATE@portfoliorecovery.com Dec 31 2019 02:36:13
                 Portfolio Recovery,    Attn: Bankruptcy,    Po Box 41067,    Norfolk, VA 23541
13621069        E-mail/PDF: PRA_BK2_CASE_UPDATE@portfoliorecovery.com Dec 31 2019 02:36:13
                 Portfolio Recovery Associates, LLC,    POB 41067,    Norfolk VA 23541
13610634       +E-mail/Text: colleen.atkinson@rmscollect.com Dec 31 2019 02:34:56     Receivable Management,
                 7206 Hull Street Rd Ste,    North Chesterfield, VA 23235-5826
13729281        E-mail/Text: appebnmailbox@sprint.com Dec 31 2019 02:34:27     Sprint,    Attn Bankruptcy Dept,
                 PO Box 7949,    Overland Park KS 66207-0949
14240612       +E-mail/Text: bncmail@w-legal.com Dec 31 2019 02:34:31     SYNCHRONY BANK,
                 c/o Weinstein & Riley, P.S.,    2001 Western Ave, Ste 400,    Seattle, WA 98121-3132
13710968        E-mail/PDF: gecsedi@recoverycorp.com Dec 31 2019 02:36:28     Synchrony Bank,
                 c/o Recovery Management Systems Corp,    25 SE 2nd Ave Suite 1120,    Miami FL 33131-1605
13610636       +E-mail/PDF: gecsedi@recoverycorp.com Dec 31 2019 02:36:10     Synchrony Bank/Walmart,
                 Attn: Bankruptcy,    Po Box 103104,    Roswell, GA 30076-9104
13610637        E-mail/PDF: ais.tmobile.ebn@americaninfosource.com Dec 31 2019 02:35:57     T-Mobile,
                 PO Box 742596,    Cincinnati, OH 45274-2596
```

```
District/off: 0313-2            User: Randi                Page 2 of 2                  Date Rcvd: Dec 30, 2019
                                Form ID: 138NEW            Total Noticed: 39
```

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center (continued)
```
13610639        +E-mail/Text: wfmelectronicbankruptcynotifications@verizonwireless.com Dec 31 2019 02:34:06
                 Verizon,   500 Technology Dr,   Weldon Spring, MO 63304-2225
                                                                                                 TOTAL: 24

            ***** BYPASSED RECIPIENTS (undeliverable, * duplicate) *****
13923298*      ++PORTFOLIO RECOVERY ASSOCIATES LLC,    PO BOX 41067,    NORFOLK VA 23541-1067
                 (address filed with court:   Portfolio Recovery Associates, LLC,    PO Box 41067,
                 Norfolk, VA 23541)
13610620       ##+Debt Recovery Solution,    Attention: Bankruptcy,    900 Merchants Concourse Ste Ll11,
                 Westbury, NY 11590-5121
13630376       ##+Porania LLC,   P. O. Box 11405,   Memphis, TN 38111-0405
                                                                                          TOTALS: 0, * 1, ## 2
```

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

Addresses marked '++' were redirected to the recipient's preferred mailing address
pursuant to 11 U.S.C. 342(f)/Fed.R.Bank.PR.2002(g)(4).

Addresses marked '#' were identified by the USPS National Change of Address system as requiring an update.
While the notice was still deliverable, the notice recipient was advised to update its address with the court
immediately.

Addresses marked '##' were identified by the USPS National Change of Address system as undeliverable. Notices
will no longer be delivered by the USPS to these addresses; therefore, they have been bypassed. The
debtor's attorney or pro se debtor was advised that the specified notice was undeliverable.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Jan 01, 2020                                    Signature:  /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on December 30, 2019 at the address(es) listed below:
```
              DENISE ELIZABETH CARLON    on behalf of Creditor    Lakeview Loan Servicing, LLC
               bkgroup@kmllawgroup.com
              JOSEPH L QUINN    on behalf of Debtor Miguel A. Velez CourtNotices@rqplaw.com
              JOSEPH L QUINN    on behalf of Joint Debtor Jessica  Garcia CourtNotices@rqplaw.com
              JOSHUA ISAAC GOLDMAN    on behalf of Creditor    Lakeview Loan Servicing, LLC
               bkgroup@kmllawgroup.com, bkgroup@kmllawgroup.com
              REBECCA ANN SOLARZ    on behalf of Creditor    Lakeview Loan Servicing, LLC bkgroup@kmllawgroup.com
              THOMAS I. PULEO    on behalf of Creditor    Lakeview Loan Servicing, LLC tpuleo@kmllawgroup.com,
               bkgroup@kmllawgroup.com
              United States Trustee    USTPRegion03.PH.ECF@usdoj.gov
              WILLIAM C. MILLER    on behalf of Trustee WILLIAM C. MILLER, Esq. ecfemails@ph13trustee.com,
               philaecf@gmail.com
              WILLIAM C. MILLER, Esq.    ecfemails@ph13trustee.com, philaecf@gmail.com
                                                                                                 TOTAL: 9
```

*UNITED STATES BANKRUPTCY COURT*
*EASTERN DISTRICT OF PENNSYLVANIA*

_____

In Re: Miguel A. Velez and Jessica Garcia
       Debtor(s)                                                  Bankruptcy No: 15−17243−elf
                                                                                                                                                                                Chapter: 13

_____

### *NOTICE OF DEADLINES*

To the debtor, debtor's counsel, trustee, and all creditors and parties in interest, NOTICE IS GIVEN THAT:

    1. The Standing Chapter 13 Trustee has filed his final report and account.

☑    2. Any objection to the Final Report and Account pursuant to Federal Rule 5009, must be filed **within 30 days from the date of this Notice** with the Clerk of the U.S. Bankruptcy Court.

☑    3. Any objection to the entry of the Debtor(s)' Order of Discharge or request to delay the entry of discharge pursuant to 11 U.S.C. § 1328(h), must be filed in writing **within 14 days from the date of this Notice** with the Clerk of the U.S. Bankruptcy Court.

    4. All objections must be filed with the Clerk at the following address:

                          900 Market Street
                              Suite 400
                         Philadelphia, PA 19107

    5. In the absence of any objection, the Court may approve the Trustee's Final Report and Account and enter the Order of Discharge.

                                                                                                                     For The Court
                                                                     Timothy B. McGrath
                                                                          Clerk of Court

Dated: 12/30/19

                                                                                                                            49 − 48
                                                                                                   Form 138_new